UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08121-SPG-JPR | Date | December 15, 2025 |
| Title | Reza R. Rahaman v. Citibank, N.A | | |

Present: The Honorable **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 28, 2024, the Court ordered quarterly status reports or a dismissal to be filed by June 4, 2024. Plaintiff's last status report, filed May 31, 2024, stated that arbitration had been initiated and that a final evidentiary hearing was set for December 16 and 17, 2024. To date, no further quarterly status reports have been filed with the Court. Given Plaintiff's noncompliance with the Court's order, the Court hereby ORDERS Plaintiff to show cause in writing within seven (7) days of the issuance of this Order why this matter should not be dismissed.

**IT IS SO ORDERED**.

00 : 00

Initials of Preparer   pg