UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08121-SPG-JPR | Date | December 18, 2025 |
| Title | Reza R. Rahaman v. Citibank, N.A. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**  (IN CHAMBERS) NOTICE OF DISMISSAL

    The parties filed a stipulation of dismissal, (ECF No. 42), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 42-1), as moot, and all pending dates are vacated and taken off calendar.

                                                                                                                                :

                                                    Initials of Preparer   pg